1  [Counsel listed on signature pages]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| William Grecia,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VUDU, Inc. and Digital Entertainment Content Ecosystem (DECE) LLC,<br><br>　　　　　Defendants. | Case No. 3:14-cv-01220-EMC<br>Related to Case No. 3:14-cv-00775-EMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** ; ORDER<br><br>**CIVIL L.R. 6-1(A)**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 6-1(a), counsel for Plaintiff William Grecia ("Grecia") and Defendants VUDU, Inc. ("VUDU") and Digital Entertainment Content Ecosystem (DECE) LLC ("DECE") hereby jointly stipulate and agree as follows:

Grecia's initial complaint against VUDU and DECE was filed in Case No. 3:14-cv-01220-EMC (the "*VUDU/DECE* Litigation"). The Court granted VUDU and DECE's motions to dismiss the initial complaint on August 29, 2014 (Dkt. 60).

Grecia's first amended complaint against VUDU and DECE was filed on September 5, 2014 in *Grecia v. Apple Inc.*, Case No. 3:14-cv-775-EMC (Dkt. 135) (the "*Apple* Litigation"). Neither VUDU nor DECE is a party to the *Apple* Litigation.

Grecia, VUDU, and DECE now stipulate that (1) Grecia's first amended complaint shall be treated as though filed in the *VUDU/DECE* Litigation, Case No. 3:14-cv-01220-EMC, and (2) VUDU and DECE shall have until October 10, 2014 to answer or otherwise respond to Grecia's first amended complaint. In reaching this stipulation, VUDU and DECE do not agree to a consolidation of the *VUDU/DECE* Litigation with the *Apple* Litigation or that any future filing should be made in the *Apple* Litigation.

The only pending Court-ordered deadlines in this case are for the December 2014 case management statement and case management conference. These deadlines are not affected by this stipulation.

**IT IS SO STIPULATED.**

Dated: September 17, 2014                     Respectfully Submitted,

*/s/ Matthew M. Wawrzyn*
John Mansfield (#214848)
john@mansfieldlaw.net
MANSFIELD LAW
1001 Bayhill Drive, 2nd Floor
San Bruno, CA 94066
Tel.: (971) 271-8615

Matthew M. Wawrzyn (*pro hac vice*)
matt@wawrzynlaw.com

Stipulation Extending Time               1         Case No. 3:14-cv-01220-EMC
Civil L.R. 6-1(a)

Stephen C. Jarvis (*pro hac vice*)
stephen@wawrzynlaw.com
WAWRZYN LLC
233 S. Wacker Dr., 84th Floor
Chicago, IL 60606
Tel.: (312) 283-8330

*Counsel for Plaintiff William Grecia*


/s/ *Bijal V. Vakil*
Bijal V. Vakil (Cal. Bar No. 192878)
bvakil@whitecase.com
Allen Wang (Cal. Bar No. 278953)
awang@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Five Palo Alto Square, 9th Floor
Palo Alto, CA  94306-2109
Telephone:  (650) 213-0300
Facsimile:     (650) 213-8158

*Counsel for Defendant  VUDU, Inc.*



/s/ *Ali R. Sharifahmadian*
Ali R. Sharifahmadian (*pro hac vice*)
ali.sharifahmadian@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Counsel for Defendant
Digital Entertainement Content
Ecosystem (DECE) LLC*

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District J

Stipulation Extending Time
Civil L.R. 6-1(a)   2   Case No. 3:14-cv-01220-EMC

| | |
|---|---|
| 1 | **ATTESTATION FOR SIGNATURE** |

    Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Date: <u>September 17, 2014</u>                                <u>/s/ Matthew M. Wawrzyn</u>

Stipulation Extending Time         3        Case No. 3:14-cv-01220-EMC
Civil L.R. 6-1(a)