[Counsel listed on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| William Grecia,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VUDU, Inc. and Digital Entertainment Content Ecosystem (DECE) LLC,<br><br>　　　　Defendants. | Case No. 3:14-cv-01220-EMC<br>Related to Case No. 3:14-cv-00775-EMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** ; ORDER<br><br>**CIVIL L.R. 6-1(A)**<br><br>---<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 6-1(a), counsel for Plaintiff William Grecia ("Grecia") and Defendants VUDU, Inc. ("VUDU") and Digital Entertainment Content Ecosystem (DECE) LLC ("DECE") hereby jointly stipulate and agree as follows:

Grecia's initial complaint against VUDU and DECE was filed in Case No. 3:14-cv-01220-EMC (the "*VUDU/DECE* Litigation"). The Court granted VUDU and DECE's motions to dismiss the initial complaint on August 29, 2014 (Dkt. 60).

Grecia's first amended complaint against VUDU and DECE was filed on September 5, 2014 in *Grecia v. Apple Inc.*, Case No. 3:14-cv-775-EMC (Dkt. 135) (the "*Apple* Litigation").

Grecia, VUDU, and DECE now stipulate that (1) Grecia will file the second amended complaint attached as Exhibit A to this Stipulation by October 3, 2014, which shall supersede the first amended complaint filed on September 5, 2014, (2) VUDU and DECE need not respond to the first amended complaint, and (3) VUDU and DECE shall have until October 17, 2014 to answer or otherwise respond to the second amended complaint. VUDU's and DECE's consent to Plaintiff filing the second amended complaint attached as Exhibit A shall not be construed as an admission or waiver of any argument or defenses relating to the sufficiency of Plaintiff's second amended complaint. VUDU and DECE reserve all rights with respect to the second amended complaint, including that it continues to fail to state a claim.

The only pending Court-ordered deadlines in this case are for the December 2014 case management statement and case management conference. These deadlines are not affected by this stipulation.

**IT IS SO STIPULATED.**

Dated: October 3, 2014                              Respectfully Submitted,

*/s/ Matthew M. Wawrzyn*
John Mansfield (#214848)
john@mansfieldlaw.net
MANSFIELD LAW
1001 Bayhill Drive, 2nd Floor

1  San Bruno, CA 94066
   Tel.: (971) 271-8615
2
3  Matthew M. Wawrzyn (*pro hac vice*)
   matt@wawrzynlaw.com
4  Stephen C. Jarvis (*pro hac vice*)
   stephen@wawrzynlaw.com
5  WAWRZYN LLC
   233 S. Wacker Dr., 84th Floor
6  Chicago, IL 60606
7  Tel.: (312) 283-8330

8  *Counsel for Plaintiff William Grecia*

9

10 /s/ *Bijal V. Vakil*
   Bijal V. Vakil (Cal. Bar No. 192878)
11 bvakil@whitecase.com
   Allen Wang (Cal. Bar No. 278953)
12 awang@whitecase.com
   WHITE & CASE LLP
13 3000 El Camino Real
14 Five Palo Alto Square, 9th Floor
   Palo Alto, CA  94306-2109
15 Telephone:  (650) 213-0300
   Facsimile:     (650) 213-8158
16

17 *Counsel for Defendant  VUDU, Inc.*

18

19 /s/ *Ali R. Sharifahmadian*
20 Ali R. Sharifahmadian (*pro hac vice*)
   ali.sharifahmadian@aporter.com
21 ARNOLD & PORTER LLP
   555 Twelfth Street N.W.
22 Washington, D.C. 20004
23 Telephone: (202) 942-5000
   Facsimile: (202) 942-5999

24
25 *Counsel for Defendant*
   *Digital Entertainement Content*
   *Ecosystem (DECE) LLC*
26
27
28

Stipulation Extending Time          2          Case No. 3:14-cv-01220-EMC
Civil L.R. 6-1(a)

**ATTESTATION FOR SIGNATURE**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Date: October 3, 2014                                          /s/ Matthew M. Wawrzyn

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge



Stipulation Extending Time
Civil L.R. 6-1(a)                                3                        Case No. 3:14-cv-01220-EMC